

```
                          THE CITY OF NEW YORK
JAMES E. JOHNSON          LAW DEPARTMENT                       MALINI DHANRAJ
Corporation Counsel          100 CHURCH STREET           Assistant Corporation Counsel
                           NEW YORK, NEW YORK 10007              Phone: (646) 951-6466
                                                              MDhanraj@law.nyc.gov
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2020

October 5, 2020

**BY ECF**
Honorable John Peter Cronan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

        Re: *J.C.-M. v. N.Y.C. Dep't of Educ.,* 20-cv-3953 (JPC)(BCM)

Dear Judge Cronan:

  I am an Assistant Corporation Counsel in the office of James E. Johnson, Corporation Counsel, and the attorney assigned to represent defendant New York City Department of Education in the above-referenced matter, wherein Plaintiff seeks attorneys' fees, costs, an expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq.*, as well as for this action.

  I write to respectfully request a 90-day stay of this case. Plaintiff consents to this request. The need for the stay is to provide Plaintiff's attorney, Ms. Irina Roller, with sufficient time to send relevant attorney billing records and for my office to review said records, and work toward settlement. Furthermore, Ms. Roller has agreed to provide all relevant billing records two weeks after the filing of this letter.

  Accordingly, Defendant respectfully requests a 90-day stay on this case to January 5, 2021.

  Thank you for considering this request.

                Respectfully submitted,

                __/s/ Malini Dhanraj_____
                Malini Dhanraj
                Assistant Corporation Counsel

cc: All Counsels of Record (ECF)

Defendant's request is GRANTED.
This case is hereby STAYED until
January 5, 2021.

 SO ORDERED.

Date: October 13, 2020
    New York, New York

*/s/ John P. Cronan*
JOHN P. CRONAN
United States District Judge